IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00067-CV

 

Catherine Tucker

                                                                      Appellant

 v.

 

John C. McConnell, M.D. and 

Southwest Surgery Center,


                                                                      Appellees

 

 

 



From the 96th District Court

Tarrant County, Texas

Trial Court No. 96-204636-04

 



MEMORANDUM Opinion



 








          All parties to this appeal filed
separate notices of appeal.

Southwest Surgery Center’s Appeal

          Southwest Surgery Center, appellee and appellant, filed a motion to dismiss its appeal because the Center no
longer wishes to pursue its appeal.  The remaining parties, Catherine Tucker
and John C. McConnell, M.D., have not contested this motion.  

          Southwest Surgery Center’s appeal is dismissed.  See Tex. R. App. P.
42.1(a)(1) & (b).

 

McConnell’s Appeal

          John C. McConnell, M.D., appellee and
appellant, did not pay the original filing fee for his appeal and did not
timely file an affidavit of indigence.  See Tex. R. App. P. 20.1(c)(1).  The Clerk of this Court notified
McConnell by letter that a $125 filing fee was due within 10 days from the date
of the letter to prevent dismissal of his appeal.  

          More than 10 days have passed, and we
have received no notice of McConnell’s compliance with the Clerk’s directive.  


          McConnell’s appeal is dismissed.  See
Tex. R. App. P. 42.3(c); see
Gordon v. Gordon, No. 10-05-00051-CV, 2005 Tex. App. LEXIS 2576, *3 (Tex.
App.—Waco March 30, 2005, no pet.).

          Absent a specific exemption, the Clerk
of the Court must collect filing fees at the time a document is presented for
filing.  Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (July 21, 1998).  See
also Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 6; Tex. Gov’t Code Ann. §§ 51.207(b) and
51.901 (Vernon Supp. 2004-2005).  Under these circumstances, we suspend the
rule and order the Clerk to write off all unpaid filing fees that are currently
owed by McConnell in this case.  Tex. R.
App. P. 2.  

Tucker’s Appeal

          Catherine Tucker’s appeal remains
pending before this Court.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice




Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed in part

Opinion
delivered and filed May 25, 2005

[CV06]